PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Judge Philip R. Martinez
EP10CR2338

| SEALED: | | UNSEALED XX |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: August 18, 2010 | MAG CT #: | FBI #: |
| CASE NO: EP-10-CR- | ASSISTANT U.S. ATTORNEY: CARLOS G. HERMOSILLO | |
| DEFENDANT: HUGO PEREZ (4) | | DOB: REDACTED |
| ADDRESS: REDACTED | | |
| CITIZENSHIP: U.S. | INTERPRETER NEEDED: | LANGUAGE: |
| DEFENSE ATTORNEY: | | EMPLOYED ___ APPOINTED ___ |
| DEFENDANT IS: ADDRESS: | | |
| DATE OF ARREST: NOT ARRESTED | | BENCH WARRANT: |
| PROSECUTION BY: INDICTMENT | | |
| OFFENSE (Code and Description): **CT 1:** 18:1956(h)-CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: NOT MORE THAN 20 YRS/$500,000/3 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT | | |
| PENALTY IS MANDATORY: YES (10 YEARS) | | |
| REMARKS: ICE - ROBERT WHITAKER/MARIJO GRONEWOLD | | |

WDT-Cr-3